R. DUANE SKELTON, ESQ. – State Bar No. 072688
**HARTSUYKER, STRATMAN & WILLIAMS-ABREGO**
Mailing Address
P.O. Box 258829
Oklahoma City, OK  73125-8829
Physical Address
3100 Zinfandel Drive, Suite 350
Rancho Cordova, CA  95670 USA
Phone:  (916) 503-2777
Fax:  (916) 503-2778

Attorney for Defendants,
REDBRIDGE OWNERS ASSOCIATION
AND COMMON INTEREST MANAGEMENT SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL CLOUD; JANICE FISTOLERA,<br><br>        Plaintiffs,<br><br>vs.<br><br>REDBRIDGE; REDBRIDGE OWNERS ASSOCIATION; COMON INTEREST MANAGEMENT SERVICES; DOES 1 THROUGH 5, INCLUSIVE ,<br><br>        Defendants. | Case No.: 2:17-cv-00297-MCE-AC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

     Pursuant to local Rule 271, the parties hereby agree to submit the above entitled action to the Voluntary Dispute Resolution Program.

Dated:  __July 12, 2017_____          /s/ **Russell S. Humphrey**_____
                                                   Attorney for Plaintiffs, MARSHALL CLOUD;
                                                   JANICE FISTOLERA

///

///

///

Dated: __July 26, 2017_____          _/s/ R.Duane Skelton_____
                                     Attorney for Defendants REDBRIDGE OWNERS
                                     ASSOCIATION AND COMMON INTEREST
                                     MANAGEMENT SERVICES

    IT IS SO ORDERED.

Dated:  October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE