RUSSELL S. HUMPHREY, ESQ. – State Bar No. 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Phone: (209) 625-8976
Fax:     (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL CLOUD; JANICE FISTOLERA, | Case No.: 2:17-CV-00297-MCE-AC |
| Plaintiffs, | |
| vs. | **PLAINTIFF'S REQUEST FOR ORDER OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 41(a)(2); ORDER** |
| REDBRIDGE; REDBRIDGE OWNERS ASSOCIATION; COMON INTEREST MANAGEMENT SERVICES; DOES 1 THROUGH 5, INCLUSIVE , | |
| Defendants. | |

The PLAINTIFFS hereby submits a Request for Order of Dismissal of Entire Action pursuant to FRCP Rule 41(a)(2).

All PLAINTIFFS and all DEFENDANTS ("PARTIES") entered into a Settlement Agreement ("Agreement") pursuant to the terms and conditions agreed to by the PARTIES during the court ordered mediation. Each and every condition of said Agreement was fulfilled by the PARTIES.

Accordingly, the PLAINTIFFS request an order of dismissal of each and every cause of action against each and every DEFENDANT and the court order the case closed.

DATED:  June 30, 2023

/s/ *Russell S. Humphrey*

RUSSELL S. HUMPHREY
Attorney for Plaintiffs

Request for Dismissal- 1

**ORDER**

Upon request of PLAINTIFFS and good cause having been shown, the Court orders that this action be DISMISSED in its entirety.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 14, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE